UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
A.P. et al.,
                      Plaintiffs,

              -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                      Defendant.
-------------------------------------------------------------X

20 Civ. 4295 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, pursuant to this Court's Order at Dkt. No. 11, the parties were directed to file a joint letter on September 4, 2020, pursuant to this Court's Order at Dkt. No. 8, proposing a briefing schedule for summary judgment, or if appropriate, other next steps in the case;

      WHEREAS, no such letter was filed. It is hereby

      **ORDERED** that, by **September 16, 2020**, the parties shall file a joint status letter pursuant to this Court's Order at Dkt. No. 11.

Dated: September 11, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**